# EXHIBIT E

|   |   |
|---|---|
| **Subject:** | Fwd: Cease and Desist |
| **Date:** | Tuesday, December 8, 2015 at 2:41:15 PM Central Standard Time |
| **From:** | Andrew Roberts |
| **To:** | Christopher Niro |
| **Attachments:** | B10-01.jpg, B12-01.jpg, L4s-01.jpg, M08-01.jpg, S10sr-01.jpg, B12 USA Copyright.pdf, Representation Authorization.PDF, Registration-SI DAN TOYS.pdf |

------ Forwarded message ------
From: **Andrew Roberts** <a.kingston.roberts@gmail.com>
Date: Tue, Dec 8, 2015 at 2:03 PM
Subject: Cease and Desist
To: info@toys2discover.com


We represent the intellectual property interests of SIDAN Toys International INC. the manufacture of custom toy brick minifigure equipment.

It has recently been brought to our attention that you are infringing on SIDAN's intellectual property rights by selling counterfeit SIDAN toys minifigure equipment in violation Title 18 of U.S. Code § 2320 and international trade agreements - Trafficking in counterfeit goods or services.

These items are typically obtained from sources in China and are being manufactured without our consent.

**What is intellectual property?**

Intellectual property is something unique that is physically created by company or individual - an idea alone is not intellectual property.

For example, an idea for a tactical vest for minifigures is not intellectual property, but when a designer or company designs a vest and creates molds of that design, their expression of a tactical vest becomes their intellectual property.

Infringement takes place when someone uses another party's intellectual property without their permission or in a way that violates the terms of an agreement or license. In this case, a company in China is taking SIDAN's unique and copyrighted items, creating exact copies of them, and reselling them without SIDAN's permission.

We ask that you immediately cease and desist from selling counterfeit SIDAN products and refrain from violating our client's intellectual property in the future.

Infringing products:

http://www.toys2discover.com/swat_p/b016ds2er4.htm

http://www.toys2discover.com/Military_p/b01576a9t8.htm

Kind Regards,

SIDANUSA


_
Andrew K. Roberts


_
Andrew K. Roberts